**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Colleen Harder v. Bayer Corporation, et al.* | No. 12-cv-11293-DRH |
| *Cherie Kiser Individually and as Next of Friend for Paula Kiser, A Minor Child v. Bayer Corporation, et al.* | No. 11-cv-10282-DRH |
| *Sharon Januszewski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10848-DRH |
| *Lana Espinosa v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13350-DRH |
| *Lisa Curry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13481-DRH |
| *Valerie Thomerson, et al. v. Bayer Corporation, et al* | No. 10-cv-20217-DRH |
| *Melissa Garrison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11807-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION  BY  COURT.**   These  matters  are  before  the  Court  for  the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2015 and May 15, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** _/s/Caitlin Fischer_
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.05.18
11:30:09 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2